IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01184-WYD-CBS

ROLANDO MORENO;
NORMA LUNA;
TOMAS COMPARAN; and
FRANCISCO ZAMORA,

     Plaintiff(s),

v.

COLORADO BASEMENT COMPANY, LLC., a Colorado Limited Liability Company;
LIGHTINING CONSTRUCTION COMPANY, a Colorado general partnership;
LOMA CONSTRUCTION COMPANY, a Colorado sole proprietorship;
MICHAEL B. GILBERTSON, an individual;
JOE LOMA, an individual;
PETE LOMA, an individual; and
PETE J. LOMA, an individual,

     Defendant(s).

**ORDER**

THIS MATTER is before the Court on Plaintiff Comparan's Motion for Leave to Appear and Testify by Phone oR Video Conference, filed October 30, 2006 (docket #37).  In the motion, Plaintiff states that he is currently incarcerated at the Fremont Correctional Facility, and requests leave to appear by telephone or video conference at the upcoming hearing on his Motion for Entry of Default Judgment, scheduled to occur on Wednesday, November 15, 2006.  Upon consideration of the motion and file in this matter, I find that the motion should be **GRANTED IN PART**.  Therefore, it is hereby

ORDERED that Plaintiff may appear at the November 15, 2006, hearing via

video conference. It is

FURTHER ORDERED that Plaintiff's counsel shall make all necessary arrangements to ensure that Plaintiff is available to appear by video conference for the hearing.

Dated: November 2, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge