**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | November 15, 2006 |
| E.C.R./Reporter: | Kara Spitler | Interpreter: | Bety Ziman |

_____

Civil Action No: **06-cv-01184-WYD-CBS**          Counsel:

**ROLANDO MORENO, et al.**,                       Christine N. Cimini
                                                  John R. Paddock, Jr.
          Plaintiffs,

v.

**COLORADO BASEMENT COMPANY,**                    No Appearance
**LLC, et al.**,

          Defendants.

_____

**COURTROOM MINUTES**
_____

**HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

**9:11 a.m.**     Court in Session

                  APPEARANCES OF COUNSEL. University of Denver law students Todd Wells, Kelly Zuckowsky and Ted Gleason also appear on behalf of Plaintiffs.

                  Court's opening remarks.

                  Plaintiffs' Motion for Default Judgment as to All Defendants (#35 - 10/25/06) is raised for argument.

9:14 a.m.         Interpreter sworn (Spanish)

9:15 a.m.         Opening statement by Plaintiffs (Mr. Wells).

9:26 a.m.         Plaintiffs' witness **Norma Luna** sworn.

Judge Wiley Y. Daniel
06-cv-01184-WYD-CBS - Courtroom Minutes

---

|  |  |
|---|---|
|  | Direct examination by Plaintiffs (Mr. Wells). |
| 9:30 a.m. | Court's examination of witness. |
| 9:33 a.m. | Plaintiffs' witness **Francisco Zamora** sworn. |
|  | Direct examination by Plaintiffs (Mr. Gleason). |
| 9:40 a.m. | Plaintiffs' witness **Tomas Comparan** sworn. |
|  | Direct examination by Plaintiffs (Mr. Gleason). |
| 9:48 a.m. | Plaintiffs' witness **Rolando Moreno** sworn. |
|  | Direct examination by Plaintiffs (Ms. Zuckowski). |
| 9:51 a.m. | Plaintiffs rest |
| 9:51 a.m. | Argument by Plaintiffs (Ms. Zuckowski). |
| **ORDERED:** | Plaintiff's Motion for Default Judgment as to All Defendants (#35 - 10/25/06) is **GRANTED.** |
|  | Court's remarks to law students who conducted the examination of the witnesses. |
| **ORDERED:** | Plaintiffs shall file motion for attorneys fees and documentation in support not later than **Monday, November 27, 2006.** |
| **10:02 a.m.** | Court in Recess - HEARING CONCLUDED |

**CLERK'S NOTE:** **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**

**TOTAL TIME:  :51**